IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| ROBERT JONES | § | |
| v. | § | CIVIL ACTION NO. 6:08cv390 |
| JOSH VERA, ET AL. | § | |


ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings,
conclusions, and recommendation for the disposition of this case has been presented for
consideration. The Report and Recommendation recommends that the complaint be dismissed with
prejudice as frivolous for purposes of proceeding *in forma pauperis* because it is barred by the
applicable two-year statute of limitations. No written objections have been filed. The Court
therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice as frivolous for purposes of
proceeding *in forma pauperis*. 28 U.S.C. § 1915(e)(2)(B)(I). Any motion not previously ruled on
is **DENIED**.

**SIGNED this 11th day of December, 2008.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE